ELEAZAR CAMACHO
SPECIALS LIST
D/A: 10/21/09

updated 04.15.11 hmk

**Advanced Occupational Med Specialists**
2615 W. Harrison
Bellwood, IL 60104
708-672-9414

| | |
|---|---|
| 10/21/09-06/25/10 | $ 37,734.80 |

**Loyola University Medical Center**
2160 South First Avenue
Maywood, IL 60153
708-216-9000

| | |
|---|---|
| 11/05/09 | $ 242.92 |
| 12/08/09 | $ 16,081.78 |
| 09/02/10 | $ 257.70 |
| 09/27/10 | $ 419.60 |

**Dr. Pietro Tonino M.D.**
Loyola University Medical Center
Two Westbrook Corporate Center
Suite 600
Westchester, IL 60154
630-424-6307

| | |
|---|---|
| 11/05/09 | $ 263.00 |
| 12/08/09 | $ 17,035.64 |
| 12/08/09 | $ 108.00 |
| 12/08/09 | $ 821.00 |
| 12/08/09 | $ 1,650.00 |
| 04/22/10 | $ 75.00 |
| 05/24/10 | $ 75.00 |
| 06/21/09 | $ 75.00 |
| 07/26/10 | $ 75.00 |
| 09/02/10 | $ 63.00 |
| 09/02/10 | $ 75.00 |
| 09/27/10 | $ 75.00 |
| 09/27/10 | $ 225.00 |
| 10/28/10 | $ 75.00 |
| 03/21/11 | $ 75.00 |
| 03/21/11 | $ 225.00 |

EXHIBIT "B"

# ELEAZAR CAMACHO
## SPECIALS LIST
### D/A: 10/21/09

**Accelerated Rehab Centers, LTD**
2396 Momentum Place
Chicago, IL 60689-5323
888-212-7925

| | |
|---|---|
| 07/08/10 | $ 1,750.08 |

**Rogers Park One Day Surgery Center**
7616 North Paulina Street
Chicago, IL 60626-1018
(773) 761-0500

| | |
|---|---|
| 10/26/10 | $ 7,012.39 |

**Total Medical Specials:**     $ 84,489.91