(Rev. 4/12/01) CCL 0530

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

ELEAZAR CAMACHO
                         **Plaintiff**

v.                               No. 11 L 010813

                                     Calendar: F

SATCO, INC.
                         **Defendant**

### APPEARANCE

[x] **GENERAL APPEARANCE** 0900 - APPEARANCE - FEE PAID; 0909 - APPEARANCE - NO FEE; 0904 - APPEARANCE FILED - FEE WAIVED

[ ] **SPECIAL AND LIMITED APPEARANCE** 0905 - SPECIAL APPEARANCE - FEE PAID
0906 - SPECIAL APPEARANCE - NO FEE

[x] **JURY DEMAND** 1900 - APPEARANCE & JURY DEMAND FEE PAID; 1909 APPEARANCE & JURY DEMAND NO FEE

The undersigned enters the appearance of: [ ] Plaintiff [x] Defendant

SATCO, INC.
_____
(INSERT LITIGANT'S NAME)

_____
SIGNATURE

[x] **INITIAL COUNSEL OF RECORD**     [ ] **PRO SE**
[ ] **ADDITIONAL APPEARANCE**     [ ] **SUBSTITUTE APPEARANCE**

A copy of this appearance shall be given to all parties who have appeared and have not been found by the Court to be in default.

**ATTORNEY**                        **PRO SE**

NAME: Adler Murphy & McQuillen LLP      NAME: _____

ATTORNEY FOR: Defendant      ADDRESS: _____

ADDRESS: One North LaSalle Street, Suite 2300      CITY/STATE/ZIP: _____

CITY/STATE/ZIP: Chicago, Illinois 60602      TELEPHONE: _____

TELEPHONE: (312) 345-0700      INSURANCE COMPANY: _____

INSURANCE COMPANY: _____      ATTORNEY NUMBER 99500

ATTORNEY NUMBER: 32597

DOROTHY BROWN, CLERK OF [THE CIRCUIT COURT] OF COOK COUNTY, ILLINOIS

**EXHIBIT "D"**