IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

| | | |
|---|---|---|
| ELEAZAR CAMACHO, | ) | |
| | ) | |
| Plaintiff, | ) | No. 11 L 010813 |
| Vs. | ) | |
| | ) | Calendar F |
| SATCO, INC., | ) | |
| | ) | |
| Defendant. | ) | |

### DEFENDANT SATCO, INC.'S FIRST SET OF REQUESTS
### FOR ADMISSION TO PLAINTIFF

TO: ELEAZAR CAMACHO
c/o Daniel J. Kordik
Charles Cannon
KORDIK LAW FIRM
276 N. Addison Avenue
Elmhurst, IL 60126-2723
(630) 782-5879

**NOW COMES** Defendant, SATCO, INC. ("Satco"), by its attorneys, ADLER MURPHY & McQUILLEN LLP, and pursuant to Illinois Supreme Court Rule 216, propounds these requests for admission to the party identified above. The party so identified is directed to answer each request for admission separately, in writing, and to serve a copy of the answers within twenty-eight days of service on the attorneys identified below:

### REQUESTS FOR ADMISSION

1. Admit or deny that: The damages actually sought by Plaintiff for the injuries alleged in Plaintiff's Complaint at Law exceed $75,000.

**RESPONSE:**

2. Admit or deny that: The damage award to Plaintiff for the injuries alleged in Plaintiff's Complaint at Law will in no event exceed $75,000.

**RESPONSE:**



EXHIBIT "E"

3. Admit or deny that: Plaintiff does not, and will not, seek damages in an amount in excess of $75,000 in this case.

**RESPONSE:**

4. Admit or deny that: Plaintiff is currently a citizen of the state of Illinois.

**RESPONSE:**

5. Admit or deny that: Plaintiff was a citizen of the state of Illinois at the time of the incident, as further set forth in Plaintiff's Complaint at Law.

**RESPONSE:**

January 6, 2012

Respectfully Submitted,

SATCO, INC.

By: _____
One of Defendant's Attorneys

James F. Murphy
Nicholas C. Bart
Brian T. Maye
ADLER MURPHY & McQUILLEN LLP
One North LaSalle St., Suite 2300
Chicago, IL 60602
Ph: (312) 345-0700
Fax: (312) 345-9860
Attorney I.D. 32597

## CERTIFICATE OF SERVICE VIA MAIL

  Under penalties as provided by law pursuant to §1-109 of the Illinois Code of Civil Procedure, the undersigned certifies that I, a non-attorney, sent a true and correct copy of ***Defendant Satco, Inc.'s First Set of Requests for Admission to Plaintiff***, to counsel of record at his respective mailing address below by depositing the same in the U.S. Mail at One North LaSalle Street, Suite 2300, Chicago, Illinois, before 5:00 p.m. with proper postage on January 6, 2012.

*/s/ Sherrie LaGalante*
Sherrie LaGalante

**TO:** Daniel J. Kordik
Charles Cannon (Chuck)
KORDIK LAW FIRM
276 N. Addison Avenue
Elmhurst, IL 60126-2723
*Counsel for Plaintiff*